UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JEFFREY LONG,

        Plaintiff,      ECF CASE

 -against-          WAIVER OF SERVICE
               OF SUMMONS

JOHN CALACA, DANIEL FLANICK, JAMES  07 CIV 8083 (CLB)(MDF)
DETCH, and TOWN OF CRAWFORD,

        Defendants.
------------------------------------------------------------X

TO: ROBERT N. ISSEKS, ESQ.
   6 North Street
   Middletown, New York 10940

   I acknowledge receipt of your request that I waive service of a summons in the action of **Jeffrey Long vs. John Calaca, et al.**, which is case number **07 CIV 8083 (CLB)(MDF)** in the United States District Court for the Southern District of New York. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

   I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

   I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

   I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after **September 18, 2007**, or within 90 days after that date if the request was sent outside the United States.

Date: _9/26/07_       _[signature]_
Mailed: 9/26/07      Signature

             Ben Gailey, Esq.
             Printed/typed name

             (as _Attorney_)
             (of _Town of Crawford_)

cc: Hon. Supervisor and Town Board
  Hon. Kelly A. Eskew, Town Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JEFFREY LONG,

                             Plaintiff,                        ECF CASE

    -against-                                           WAIVER OF SERVICE
                                                         OF SUMMONS

JOHN CALACA, DANIEL FLANICK, JAMES        07 CIV 8083 (CLB)(MDF)
DETCH, and TOWN OF CRAWFORD,

                             Defendants.
------------------------------------------------------------X

TO:  ROBERT N. ISSEKS, ESQ.
       6 North Street
       Middletown, New York 10940

      I acknowledge receipt of your request that I waive service of a summons in the action of **Jeffrey Long vs. John Calaca, et al.**, which is case number **07 CIV 8083 (CLB)(MDF)** in the United States District Court for the Southern District of New York. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

      I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

      I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

      I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after **September 18, 2007**, or within 90 days after that date if the request was sent outside the United States.

Date: 9/24/07

Signature: Harold F. Arras

Printed/typed name: Harold F. Arras

(as Supervisor)

(of Town of Crawford)