UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JEFFREY LONG,

                            Plaintiff,                                   ECF CASE

     -against-                                                WAIVER OF SERVICE
                                                                    OF SUMMONS

JOHN CALACA, DANIEL FLANICK, JAMES          07 CIV 8083 (CLB)(MDF)
DETCH, and TOWN OF CRAWFORD,

                              Defendants.
------------------------------------------------------------X

TO:  ROBERT N. ISSEKS, ESQ.
       6 North Street
       Middletown, New York 10940

      I acknowledge receipt of your request that I waive service of a summons in the action of **Jeffrey Long vs. John Calaca, et al.**, which is case number **07 CIV 8083 (CLB)(MDF)** in the United States District Court for the Southern District of New York. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

      I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

      I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

      I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after **October 2, 2007**, or within 90 days after that date if the request was sent outside the United States.

Date: __10-4-07__                           _James A. Detch_
                                                     Signature
                                               __JAMES A. DETCH__
                                               Printed/typed name

                                               (as _____)

                                               (of _____)