UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
JEFFREY LONG,

                            Plaintiff,

    -against-                              **NOTICE OF**
                                                     **APPEARANCE**

JOHN CALACA, DANIEL FLANICK, JAMES      Docket No.
DETCH, and TOWN OF CRAWFORD,                 07 Civ. 8083 (CLB)

                            Defendants.
-----------------------------------------------------------------x

**PLEASE TAKE NOTICE** that Brian S. Sokoloff, a member of the firm of MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS, LLP, attorneys for defendant TOWN OF CRAWFORD, hereby files this notice solely for the purpose of receiving ECF alerts via email, reserving for defendants the right to contest jurisdiction or service.

Dated: Mineola, New York
         October 26, 2007

                                                  MIRANDA SOKOLOFF SAMBURSKY
                                                  SLONE VERVENIOTIS, LLP
                                                  Attorneys for Defendant TOWN OF
                                                  CRAWFORD

                                                  By: _____
                                                      BRIAN S. SOKOLOFF (bss-7147)
                                                 240 Mineola Boulevard
                                                 The Esposito Building
                                                 Mineola, New York 11501
                                                 (516) 741-7676
                                                 Our File No. 07-629

TO: ROBERT N. ISSEKS, ESQ.
      ALEX SMITH, ESQ.
      6 North Street
      Middletown, New York 10940