UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

JEFFREY LONG,

                Plaintiff,

    -against-

JOHN CALACA, DANIEL FLANICK,
JAMES DETCH, and TOWN OF CRAWFORD,

                Defendants.

---------------------------------------------------------X

**RULE 7.1 STATEMENT**

Index No. 07 CIV 8083 (CLB)

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Dated:    Chester, New York
          April 2, 2008

                OSTRER ROSENWASSER, LLP
                Attorneys for Defendant Daniel Flanick

                By: s/ _Stewart A. Rosenwasser_
                STEWART A. ROSENWASSER, ESQ. (SR 0579)
                201 Ward Street Plaza, Suite 2-B
                Post Office Box 69
                Montgomery, NY 12549
                845-457-4646