UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

JEFFREY LONG,

                                                  **VERIFIED ANSWER**

                Plaintiff,

                                                  Index No. 07 CIV 8083 (CLB)

    -against-

JOHN CALACA, DANIEL FLANICK,
JAMES DETCH, and TOWN OF CRAWFORD,

                Defendants.

---------------------------------------------------------X

       Defendant DANIEL FLANICK by his attorneys OSTRER ROSENWASSER, LLP, answering the Plaintiff's Verified Complaint:

## **PARTIES**

       1.     Denies any knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the paragraph of the Verified Complaint designated **"1"** and respectfully refers all questions of law to the Court and all questions of fact to the trier of fact.

       2.     Denies each and every allegation contained in the paragraph of the Verified Complaint marked and designated as **"2,"** except admits, upon information and belief, that John Calaca was the Town of Crawford Building Inspector between September 13, 2005, and January 4, 2006, and respectfully refers all questions of law to the Court and all questions of fact to the trier of fact.

       3.     Denies each and every allegation contained in the paragraph of the Verified Complaint marked and designated as **"3,"** except admits, upon information and belief, that DANIEL FLANICK was a member of the Town Board of the Town of Crawford between

September 13, 2005, and January 4, 2006, and respectfully refers all questions of law to the Court and all questions of fact to the trier of fact.

4. Denies each and every allegation contained in the paragraph of the Verified Complaint marked and designated as **"4,"** except admits, upon information and belief, that JAMES DETCH was a member of the Police Advisory Board of the Town of Crawford between September 13, 2005, and January 4, 2006, and respectfully refers all questions of law to the court and all question of fact to the trier of fact.

5. Admits, upon information and belief, those allegations contained in paragraph **"5"** of the Verified Complaint and respectfully refers all questions of law to the Court and all questions of fact to the trier of fact.

6. Denies each and every allegation contained in the paragraph of the Verified Complaint marked and designated **"6"** insofar as the allegations pertain or relate to this answering defendant and begs leave to refer to same at the time of trial and respectfully refers all questions of law to the Court and all questions of fact to the trier of fact.

## JURISDICTION AND VENUE

7. Denies each and every allegation contained in the paragraphs of the Verified Complaint marked and designated **"7" and "8"** insofar as the allegations pertain or relate to this answering defendant and begs leave to refer to same at the time of trial and respectfully refers all questions of law to the Court and all questions of fact to the trier of fact.

## FACTS AND CLAIMS FOR RELIEF

8. Denies any knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the paragraphs of the Verified Complaint designated **"9" and "11."**

9.  Denies any knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the paragraph of the Verified Complaint designated **"10"** insofar as the allegations pertain or relate to this answering defendant and begs leave to refer to same at the time of trial and respectfully refers all questions of law to the Court and all questions of fact to the trier of fact.

10. Denies each and every allegation contained in the paragraphs of the Verified Complaint marked and designated **"12"** insofar as the allegations pertain or relate to this answering defendant and begs leave to refer to same at the time of trial and respectfully refers all questions of law to the Court and all questions of fact to the trier of fact.

11. Denies each and every allegation contained in the paragraphs of the Verified Complaint marked and designated **"13" and "25"** insofar as the allegations pertain or relate to this answering defendant and begs leave to refer to same at the time of trial and respectfully refers all questions of law to the Court and all questions of fact to the trier of fact.

12. Denies each and every allegation contained in the paragraphs of the Verified Complaint marked and designated **"14," "15(i-vii)," "16," "23," "24," "26," "27," and "28."**

13. Denies each and every allegation contained in the paragraphs of the Verified Complaint marked and designated **"17," "18," "19" and "20"** and respectfully refers all questions of law to the Court and all questions of fact to the trier of fact.

### AS AND FOR A FIRST SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE

14. Defendant is entitled to qualified immunity.

**AS AND FOR A SECOND SEPARATE AND
DISTINCT AFFIRMATIVE DEFENSE**

15.     Plaintiff's Verified Complaint fails to state a viable constitutional claim under the First or Fourteenth Amendments as a matter of law.

**AS AND FOR A THIRD SEPARATE AND
DISTINCT AFFIRMATIVE DEFENSE**

16.     Plaintiff did not suffer any actual damages as a result of defendant's conduct.

**AS AND FOR A FOURTH SEPARATE AND
DISTINCT AFFIRMATIVE DEFENSE**

17.     Punitive damages are not assessable against defendant as a matter of law.

**AS AND FOR A FIFTH SEPARATE AND
DISTINCT AFFIRMATIVE DEFENSE**

18.     Defendant had no authority to issue or not issue a certificate of occupancy to plaintiff.

**AS AND FOR A SIXTH SEPARATE AND
DISTINCT AFFIRMATIVE DEFENSE**

19.     Plaintiff voluntarily, and without duress, sent a letter to the Town of Crawford Justice Court for the dismissal of the disorderly conduct charge against BABCOCK in an effort to conspire with defendant DETCH to avoid zoning law requirements applicable to plaintiff's business premises in the defendant TOWN OF CRAWFORD.

**AS AND FOR A SEVENTH SEPARATE AND
DISTINCT AFFIRMATIVE DEFENSE**

20.     The factual findings and legal conclusions contained within Judge Alfieri's Decision and Order in People v. Daniel Flanick and John Calaca, which dismissed all criminal

charges, serve to collaterally estop the plaintiff's First and Fourteenth Amendment claims, as a matter of law.

### AS AND FOR A EIGHTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE

21.   Plaintiff's lawsuit should be deemed frivolous under F.R.C.P. Rule 11.

**WHEREFORE,** Defendant DANIEL FLANICK demands judgment dismissing the Verified Complaint together with the attorneys' fees, costs and disbursements of this action.

DATED:   Montgomery, NY
         April 2 , 2008

                              Yours, etc.

                              OSTRER ROSENWASSER, LLP

                              By: s/ *Stewart A. Rosenwasser*
                              STEWART A. ROSENWASSER (SR 0579)
                              Attorneys for Defendant Flanick
                              201 Ward Street Plaza, Suite 2-B
                              Post Office Box 69
                              Montgomery, NY 12549
                              845-457-4646

TO:    ROBERT N. ISSEKS, ESQ.
ALEX SMITH, ESQ.
Attorneys for Plaintiff
6 North Street
Middletown, NY 10940
845-344-4322

BERNARD BRADY, ESQ.
Attorney for Defendant Calaca
75 Main Street
Post Office Box 639
Goshen, NY 10924

JOSEPH A. CATANIA, JR., ESQ.
Attorneys for Defendant Detch
One Corwin Court
Newburgh, NY 12550

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

JEFFREY LONG,

                        Plaintiff,

   -against-

JOHN CALACA, DANIEL FLANICK,
JAMES DETCH, and TOWN OF CRAWFORD,

                        Defendants.

---------------------------------------------------------X

**VERIFICATION**

Index No. 07 CIV 8083 (CLB)

STATE OF NEW YORK )
                    ) ss.:
COUNTY OF ORANGE )

      DANIEL FLANICK, being duly sworn, deposes and says:

      That he is one the defendants herein; that he has read the foregoing Verified Answer and knows the contents thereof; that same is true upon his personal knowledge or upon information and belief.

                                                                 s/ *Daniel Flanick*
                                                                 DANIEL FLANICK

Sworn to before me this
2nd day of April, 2008

s/ *Christel Z. Johnson*
Christel Z. Johnson
Notary Public, State of New York
Qualified in Ulster County, N.Y.
No. 4800872
Commission Expires 7/31/2009