UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
JEFFREY LONG,

                        Plaintiff,

    -against-

JOHN CALACA, DANIEL FLANICK,
JAMES DETCH, and TOWN OF CRAWFORD,

                        Defendants.
-------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

Index No. 07 CIV 8083 (CLB)

STATE OF NEW YORK )
                        ) ss:
COUNTY OF ORANGE )

       CHRISTEL JOHNSON, being duly sworn, says: I am not a party to the action, am over 18 years of age and reside at Gardiner, New York.

       On April 2, 2008, I served a true copy of the annexed Verified Answer by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last-known address of the addressee(s) as indicated below:

    ROBERT N. ISSEKS, ESQ.
    ALEX SMITH, ESQ.
    6 North Street
    Middletown, NY 10940

    BERNARD BRADY, ESQ.
    75 Main Street
    Post Office Box 639
    Goshen, NY 10924

    JOSEPH A. CATANIA, JR., ESQ.
    One Corwin Court
    Newburgh, NY 12550

                                                  s/ Christel Johnson
                                                  CHRISTEL JOHNSON

Sworn to before me on April 2, 2008
s/ Stewart A. Rosenwasser
Notary Public, State of New York
No. 02RO6146719
Qualified in Orange County
Commission Expires May 22, 2010