UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JEFFREY LONG,

                            Plaintiff,

  -against-

JOHN CALACA, DANIEL FLANICK,
JAMES DETCH, and TOWN OF CRAWFORD,

                            Defendants.
----------------------------------------------------------X

**NOTICE OF APPEARANCE**

Index No. 07 CIV 8083 (CLB)

        **PLEASE TAKE NOTICE** that STEWART A. ROSENWASSER, ESQ., a member of the firm of OSTRER ROSENWASSER, LLP, attorneys for defendant DANIEL FLANICK, hereby files this notice solely for the purpose of receiving ECF alerts via e-mail, reserving for the defendant the right to contest jurisdiction or service.

Dated:  Montgomery, NY
           April 2, 2008

                                                     OSTRER ROSENWASSER, LLP
                                                     Attorneys for Defendant Daniel Flanick

                                                     By: s/ *Stewart A. Rosenwasser*
                                                   STEWART A. ROSENWASSER, ESQ. (SR 0579)
                                                   201 Ward Street Plaza, Suite 2-B
                                                   Post Office Box 69
                                                   Montgomery, NY 12549
                                                   845-457-4646

TO:    ROBERT N. ISSEKS, ESQ.
         ALEX SMITH, ESQ.
         Attorneys for Plaintiff
         6 North Street
         Middletown, NY 10940

         BERNARD BRADY, ESQ.
         Attorney for Defendant Calaca
         75 Main Street
         Post Office Box 639
         Goshen, NY 10924

         JOSEPH A. CATANIA, JR., ESQ.
         Attorneys for Defendant Detch
         One Corwin Court
         Newburgh, NY 12550