UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JEFFREY LONG,

                Plaintiff(s),

                **NOTICE OF APPEARANCE**

                Index No.: 07 CIV 8083 (CLB)

     -against-

JOHN CALACA, DANIEL FLANICK, JAMES DETCH,
and TOWN OF CRAWFORD,

                Defendant(s).
-------------------------------------------------------------------X

    **PLEASE TAKE NOTICE** that DAMIAN J. BRADY, a member of the firm of the LAW OFFICES OF BERNARD D. BRADY, attorneys for the defendant, JOHN CALACA, hereby files this notice solely for the purpose of receiving ECF alerts via e-mail, reserving the right to contest jurisdiction or service.

Dated: Goshen, New York
       April 4, 2008

                      LAW OFFICES OF BERNARD D. BRADY
                      Attorneys for the Defendant John Calaca

                      By: _S/Damian J. Brady_
                      DAMIAN J. BRADY, ESQ (DB 1801)
                      75 Main Street
                      P.O. Box 639
                      Goshen, New York 10924
                      845-294-6181

TO:    ROBERT N. ISSEKS, ESQ.
        ALEX SMITH ESQ.
        Attorneys for Plaintiff
        6 North Street
        Middletown, New York 10940

        STEWART A. ROSENWASSER, ESQ.
        OSTRER ROSEWASSER, LLP
        Attorney for Defendant Daniel Flanick
        201 Ward Street Plaza, Suite 2-B
        P.O. Box 69
        Montgomery, New York 12549

        JOSEPH A. CATANIA, JR., ESQ.
        TARSHIS, CATANIA, LIBERTH, MAHON & MILLIGRAM, PLLC
        Attorney for Defendant James Detch
        1 Corwin Court
        Newburgh, New York 12550

        RICHARD S. SKLARIN, ESQ.
        MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS, LLP
        Attorney for Defendant Town of Crawford
        570 Taxter Road
        Elmsford, New York 10523