UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JEFFREY LONG,

                Plaintiff(s),

**RULE 7.1 STATEMENT**

Index No.: 07 CIV 8083 (CLB)

      -against-

JOHN CALACA, DANIEL FLANICK, JAMES DETCH,
and TOWN OF CRAWFORD,

              Defendant(s).
------------------------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the Defendant (a private non-governmental party) certifies that the following are corporate parents, affiliates, and/or subsidiaries of said party, which are publicly held:

1. NONE

Dated: Goshen, New York
       April 4, 2008

                                    LAW OFFICES OF BERNARD D. BRADY
                                    Attorneys for the Defendant John Calaca

                                    By: *S/Damian J. Brady*
                                    DAMIAN J. BRADY, ESQ (DB 1801)
                                    75 Main Street
                                    P.O. Box 639
                                    Goshen, New York 10924
                                    845-294-6181