UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JEFFREY LONG,

                        Plaintiff(s),

       -against-

JOHN CALACA, DANIEL FLANICK, JAMES DETCH,
and TOWN OF CRAWFORD,

                        Defendant(s).
-------------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

Index No.: 07 CIV 8083 (CLB)

STATE OF NEW YORK )
                             ) ss:
COUNTY OF ORANGE )

      GERALDINE BEISSEL, being duly sworn, says: I am not a party to the action, am over 18 years of age and reside at Middletown, New York.

      On April 4, 2008, I served a true copy of the annexed verified answer by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last-known address of the addressee(s) as indicated below:

      ROBERT N. ISSEKS, ESQ.
      ALEX SMITH ESQ.
      Attorneys for Plaintiff
      6 North Street
      Middletown, New York 10940

      STEWART A. ROSENWASSER, ESQ.
      OSTRER ROSEWASSER, LLP
      Attorney for Defendant Daniel Flanick
      201 Ward Street Plaza, Suite 2-B
      P.O. Box 69
      Montgomery, New York 12549

JOSEPH A. CATANIA, JR., ESQ.
TARSHIS, CATANIA, LIBERTH, MAHON & MILLIGRAM, PLLC
Attorney for Defendant James Detch
1 Corwin Court
Newburgh, New York 12550

RICHARD S. SKLARIN, ESQ.
MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS, LLP
Attorney for Defendant Town of Crawford
570 Taxter Road
Elmsford, New York 10523

                                      S/Geraldine Beissel
                                      GERALDINE BEISSEL

Sworn to before me on April 11, 2008
S/Damian J. Brady
Notary Public, State of New York
No. 02BR6090013
Qualified in Orange County
Expires March 31, 2011