UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JEFFREY LONG,

                            Plaintiff,                    Hon. Charles L. Brieant

        -against-                                CERTIFICATE OF SERVICE

JOHN CALACA, DANIEL FLANICK, JAMES          Docket No.
DETCH, AND TOWN OF CRAWFORD,

                            Defendants.
-----------------------------------------------------------------X

      I hereby certify that on April 23, 2008, I electronically filed an Answer on behalf of defendant James Detch with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing, and

      I hereby certify that on April 23, 2008, a copy of the Answer was served upon the following parties by first-class mail:

Dated:  Newburgh, New York
          April 23, 2008

                                                S/ RALPH L. PUGLIELLE, JR.
                                                RALPH L. PUGLIELLE, JR. (#4294)

TO:    ROBERT N. ISSEKS, ESQ.
        6 North Street
        Middletown, New York  10940

        BENJAMIN OSTRER, LLP
        OSTRER ROSENWASSER, ESQ.
        111 Main Street
        Chester, New York  10918

        RICHARD S. SKLARIN, ESQ.
        MIRANDA & SOKOLOFF, LLP
        240 Mineola Boulevard
        Mineola, New York 11501

        DAMIAN J. BRADY, ESQ.
        LAW OFFICES OF BERNARD D. BRADY
        75 Main Street
        P.O. Box 639
        Goshen, New York 10924