UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JEFFREY LONG,

                               Plaintiff,

      -against-

JOHN CALACA, DANIEL FLANICK, JAMES DETCH,
AND TOWN OF CRAWFORD

                              Defendants.
------------------------------------------------------------------------X

Hon. Charles L. Brieant

AMENDED ANSWER

07 CIV. 8083

       Defendant JAMES DETCH, by his attorneys, TARSHIS, CATANIA, LIBERTH, MAHON & MILLIGRAM, PLLC, answering the complaint of the plaintiff, alleges as follows:

## PARTIES

       FIRST:  Denies any knowledge or information sufficient to form a belief as to the truth or falsity of each and every allegation contained in the paragraphs of the complaint numbered "1," "2," '3" and "5."

       SECOND:  Denies any knowledge or information sufficient to form a belief as to the truth or falsity of each and every allegation contained in the paragraph of the complaint numbered "4" in the form alleged except admits that JAMES DETCH is a former member of the Police Advisory Board and respectfully refers all questions of law and fact to the court and trier-of-fact, respectively.

       THIRD:  Denies each and every allegation contained in the paragraph of the complaint numbered "6" and respectfully refers all questions of law and fact to court and trier-of-fact, respectively.

## JURISDICTION AND VENUE

       FOURTH:  Denies each and every allegation contained in the paragraph of the complaint numbered "7."

       FIFTH:  Denies any knowledge or information sufficient to form a belief as to the truth or falsity of each and every allegation contained in the paragraph of the complaint numbered "8" and respectfully refers all questions of law to the court.

## STATEMENT OF CLAIMS

SIXTH: Denies any knowledge or information sufficient to form a belief as to the truth or falsity of each and every allegation contained in the paragraphs of the complaint numbered "9," "10," "11" and "12."

SEVENTH: Denies each and every allegation contained in the paragraph of the complaint numbered "13" and respectfully refers all questions of law and fact to court and trier-of-fact, respectively.

EIGHTH: Denies each and every allegation contained in the paragraphs of the complaint numbered "14," "15(i-vii)," "16," "17," "18," "19," "20," "23," "24," "25," "26," "27" and "28."

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

NINTH: The injuries and/or damages alleged to have been sustained by the plaintiff were caused in whole or partly by the culpable conduct of the plaintiff.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE

TENTH: The allegations set forth within the complaint fail to state a cause of action under the First Amendment and the Fourteenth Amendment to the United States Constitution.

### AS AND FOR A THIRD AFFIRMATIVE DEFENSE

ELEVENTH: The plaintiff failed to mitigate his damages.

### AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

TWELFTH: The plaintiff had no property interest that was entitled to constitutional protection and, accordingly, the plaintiff cannot maintain this action. In addition, the plaintiff was not denied a certificate of occupancy.

### AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

THIRTEENTH: The plaintiff's complaint as against defendant JAMES DETCH is barred on the grounds of qualified immunity.

### AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

FOURTEENTH: No act or omission alleged on the part of defendant JAMES DETCH was the proximate cause of any alleged violation of plaintiff's constitutional rights.

### AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE

FIFTEENTH:  The plaintiff did not exhaust his state remedies.

### AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE

SIXTEENTH:  JAMES DETCH did not act under color of state law and did not conspire with any of the co-defendants. Any alleged wrongful acts on the part of JAMES DETCH were performed under threat of physical and financial harm by defendant DANIEL FLANICK.

### AS AND FOR AN NINTH AFFIRMATIVE DEFENSE

SEVENTEENTH:  The plaintiff did not possess a viable civil cause of action or have a viable criminal complaint against non-party CLAUDE BABCOCK.

### CROSS-CLAIM AGAINST DEFENDANT TOWN OF CRAWFORD PURSUANT TO FRCP RULE 13

EIGHTEENTH:   Pursuant to Chapter 14 of the Code of the TOWN OF CRAWFORD, the TOWN OF CRAWFORD is required to indemnify and hold harmless its employees, which include volunteers expressly authorized to participate in a publicly sponsored volunteer program or any other person holding a position by election, appointment or employment in the service of the TOWN OF CRAWFORD whether or not compensated, from any judgment, reasonable attorneys' fees and litigation expenses arising out of the employee's position with the TOWN OF CRAWFORD.

NINETEENTH:  Despite due demand, defendant TOWN OF CRAWFORD has not agreed to indemnify and hold defendant JAMES DETCH harmless from any judgment entered in this action and from any attorneys' fees and litigation expenses incurred in this action.

TWENTIETH: Based on the foregoing, pursuant to Chapter 14 of the Code of the TOWN OF CRAWFORD, defendant JAMES DETCH demands that the TOWN OF CRAWFORD indemnify and hold him harmless from any judgment entered in this action and from any attorneys' fees and litigation expenses incurred in this action.

WHEREFORE, defendant JAMES DETCH demands judgment:

1. dismissing the complaint;

2. apportioning liability between all parties;

3. granting his cross-claim requiring defendant TOWN OF CRAWFORD to indemnify and hold him harmless from any judgment entered in this action and from any attorneys' fees and litigation expenses incurred in this action; and

4. awarding costs, disbursements and attorneys' fees incurred in this action.

Dated: Newburgh, New York
       May 13, 2008

                      Yours, etc.,

                      TARSHIS, CATANIA, LIBERTH,
                      MAHON & MILLIGRAM, PLLC

By:   S/ RALPH L. PUGLIELLE, JR.
       RALPH L. PUGLIELLE, JR. (# 4294)
       Attorneys for Defendant
       JAMES DETCH
       One Corwin Court, P.O. Box 1479
       Newburgh, New York 12550
       Tel. No. (845) 565-1100

TO:   ROBERT N. ISSEKS, ESQ.
       Attorneys for Plaintiff
       6 North Street
       Middletown, New York 10940
       Tel. No. (845) 344-4322

       BENJAMIN OSTRER, ESQ.
       OSTRER ROSENWASSER, LLP
       Attorneys for DANIEL FLANICK
       111 Main Street
       Chester, New York 10918
       Tel. No. (845) 469-7577

RICHARD S. SKLARIN, ESQ.
MIRANDA & SOKOLOFF, LLP
Attorneys for TOWN OF CRAWFORD
The Esposito Building
240 Mineola Boulevard
Mineola, New York 11501
Tel. No. (914)345-6510

DAMIAN J. BRADY, ESQ.
LAW OFFICES OF BERNARD D. BRADY
Attorneys for JOHN CALACA
75 Main Street
P.O. Box 639
Goshen, New York 10924
Tel. No. (845) 294-6181