UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JEFFREY LONG,

          Plaintiff,       Hon. Charles L. Brieant

   -against-          <u>CERTIFICATE OF SERVICE</u>

JOHN CALACA, DANIEL FLANICK, JAMES   Docket No.
DETCH, AND TOWN OF CRAWFORD,

          Defendants.
----------------------------------------------------------------X

  I hereby certify that on April 23, 2008, I electronically filed an Amended Answer on behalf of defendant James Detch with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing, and

  I hereby certify that on May 13, 2008, a copy of the Amended Answer was served upon the following parties by first-class mail:

Dated: Newburgh, New York
    May 13, 2008

                S/ RALPH L. PUGLIELLE, JR.
                RALPH L. PUGLIELLE, JR. (#4294)

TO: ROBERT N. ISSEKS, ESQ.
   6 North Street
   Middletown, New York  10940

   BENJAMIN OSTRER, LLP
   OSTRER ROSENWASSER, ESQ.
   111 Main Street
   Chester, New York  10918

   RICHARD S. SKLARIN, ESQ.
   MIRANDA & SOKOLOFF, LLP
   240 Mineola Boulevard
   Mineola, New York 11501

   DAMIAN J. BRADY, ESQ.
   LAW OFFICES OF BERNARD D. BRADY
   75 Main Street
   P.O. Box 639
   Goshen, New York 10924