UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
KEVIN McGILL, Intervening Plaintiff,

        Plaintiff,

 -against-

JOHN CALACA, DANIEL FLANICK,
JAMES DETCH, and TOWN OF CRAWFORD,

        Defendants.
---------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

Index No. 07 CIV 8083 (CLB)

STATE OF NEW YORK )
         ) ss:
COUNTY OF ORANGE )

  CHRISTEL JOHNSON, being duly sworn, says: I am not a party to the action, am over 18 years of age and reside at Gardiner, New York.

  On May 16, 2008, I served a true copy of the annexed Verified Answer by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last-known address of the addressee(s) as indicated below:

| | |
|---|---|
| ROBERT N. ISSEKS, ESQ.<br>ALEX SMITH, ESQ.<br>6 North Street<br>Middletown, New York 10940 | SUSSMAN & WATKINS<br>P.O. Box 1005<br>Goshen, New York 10924 |
| BERNARD BRADY, ESQ.<br>75 Main Street<br>Post Office Box 639<br>Goshen, New York  10924 | JOSEPH A. CATANIA, JR., ESQ.<br>One Corwin Court<br>Newburgh, New York 12550 |

                s/ *Christel Johnson*
                CHRISTEL JOHNSON

Sworn to before me on May 16, 2008
s/ *Stewart A. Rosenwasser*
Notary Public, State of New York
No. 02RO6146719
Qualified in Orange County
Commission Expires May 22, 2010