

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X   07 CIV 8083 (CLB)
KEVIN McGILL, Intervening Plaintiff,

                  Plaintiff,   **NOTICE TO TAKE**
                                       **DEPOSITION UPON**
   - against -                       **ORAL EXAMINATION**

JOHN CALACA, DANIEL FLANICK, JAMES
DETCH and TOWN OF CRAWFORD,

                  Defendants.
------------------------------------------------------------X

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of the Civil Procedure Rule 30 (a) (1), the testimony, upon oral examination of **ALL PARTIES** as adverse parties will be taken before a disinterested Notary Public who is not an attorney or employee of an attorney, for any party or prospective party herein and is not a person who would be disqualified to act as a juror because of interest or because of consanguinity or affinity to any party herein as follows:

**Date and Time:**    **September 8, 2008 at 10:00 a.m.**

**Location:**    **To be determined.**

with respect to evidence material and necessary in the prosecution-defense of this action.

    That said person(s) to be examined are required at such examination to produce the following:

    1.    Any and all exhibits, papers and/or documents relative to this claim.

    2.    All medical bills, sign in sheets and receipts of payments relating to damages claimed.

    3.    Any contract, leases or documents relied upon with respect to this claim.

DATED:    Elmsford, New York
            June 2, 2008

Yours, etc.

MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS, LLP
By: _____
Richard S. Sklarin (RSS 1017)
Attorneys for Defendant
TOWN OF CRAWFORD
570 Taxter Road
Elmsford, New York 10523
(914) 345-6510
Our File No.: 07-629

TO:

SUSSMAN & WATKINS
Attorneys for Plaintiff
MCGILL
P.O. Box 1005
Goshen, New York 10924
(845) 294-3991

ROBERT N. ISSEKS (RI 0241)
ALEX SMITH (AS 5052)
Attorneys for Plaintiff
LONG
6 North Street
Middletown, New York 10940
(845) 344-4322

BERNARD BRADY, ESQ
Attorney for Defendant
JOHN CALACA
75 Main Street
P.O. Box 639
Goshen, New York 10924

OSTRER ROSENWASSER, LLP
Attorneys for Defendants
DANIEL FLANICK
201 Ward Street Plaza, Suite 2-B
Post Office Box 69
Montgomery, New York 12549
(845) 457-4646

JOSEPH A. CATANIA, JR., ESQ.
Attorneys for Defendant
JAMES DETCH
One Corwin Court
Newburgh, New York 12550