RLP/lao                                         11856-56787                                         445449

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KEVIN McGILL,

                                Plaintiff,                      CERTIFICATE OF SERVICE

      -against-

                                                           Docket No. 07 CIV8083 (CLE)

JOHN CALACA, DANIEL FLANICK,
JAMES DETCH and TOWN OF CRAWFORD,

                              Defendants.

-----------------------------------------------------------------X

       I hereby certify that on June 2, 2008, I electronically filed the Answer with the Clerk of

the District Court using the CM/ECF system, which sent notification of such filing, and

       I hereby certify that on June 2, 2008, a copy of the Answer was served upon the

following parties by first-class mail, to the following:

Dated: Newburgh, New York
         June 2, 2008

                                                      /s/ RALPH L. PUGLIELLE, JR.
                                                        RALPH L. PUGLIELLE, JR.

TO:    MICHAEL H. SUSSMAN, ESQ.
         SUSSMAN & WATKINS
         P.O. BOX 1005
         GOSHEN, NY 10924
         Tel. No. (845) 294-3991

         BENJAMIN OSTRER, ESQ.
         OSTRER ROSENWASSER, LLP
         111 Main Street
         Chester, New York 10918
         Tel. No. (845) 469-7577

         RICHARD S. SKLARIN, ESQ.
         MIRANDA & SOKOLOFF, LLP
         The Esposito Building
         240 Mineola Boulevard
         Mineola, New York 11501
         Tel. No. (914)345-6510

         DAMIAN J. BRADY, ESQ.
         LAW OFFICES OF BERNARD D. BRADY
         75 Main Street
         P.O. Box 639
         Goshen, New York 10924
         Tel. No. (845) 294-6181