UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JEFFREY LONG,

                             Plaintiff(s),

                                    **AMENDED VERIFIED ANSWER**

                                    Index No.: 07 CIV 8083 (CLB)

            -against-

JOHN CALACA, DANIEL FLANICK, JAMES DETCH,
and TOWN OF CRAWFORD,

                             Defendant(s).
------------------------------------------------------------------X

       Defendant, JOHN CALACA, by his attorneys LAW OFFICES OF BERNARD D.

BRADY answering the Plaintiff's Verified Complaint:

**PARTIES**

       1.      Denies any knowledge or information sufficient to form a belief as to the truth or

falsity of the allegations in the paragraph of the Verified Complaint designated **"1"** and

respectfully refers all questions of law to the Court and all questions of fact to the trier of fact.

       2.      Denies each and every allegation contained in the paragraph of the Verified

Complaint marked and designated as **"2,"** except admits, upon information and belief, that John

Calaca was the Town of Crawford Building Inspector between September 13, 2005, and

January 4, 2006, and respectfully refers all questions of law to the Court and all questions of fact

to the trier of fact.

       3.      Denies each and every allegation contained in the paragraph of the Verified

Complaint marked and designated as **"3,"** except admits, upon information and belief, that

DANIEL FLANICK was a member of the Town Board of the Town of Crawford between

[1]

September 13, 2005, and January 4, 2006, and respectfully refers all questions of law to the Court and all questions of fact to the trier of fact.

4.      Denies each and every allegation contained in the paragraph of the Verified Complaint marked and designated as **"4,"** except admits, upon information and belief, that JAMES DETCH was a member of the Police Advisory Board of the Town of Crawford between September 13, 2005, and January 4, 2006, and respectfully refers all questions of law to the court and all question of fact to the trier of fact.

5.      Denies any knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the paragraph **"5"** of the Verified Complaint and respectfully refers all questions of law to the Court and all questions of fact to the trier of fact.

6.      Denies each and every allegation contained in the paragraph of the Verified Complaint marked and designated **"6"** insofar as the allegations pertain or relate to this answering defendant and begs leave to refer to same at the time of trial and respectfully refers all questions of law to the Court and all questions of fact to the trier of fact.

## JURISDICTION AND VENUE

7.      Denies each and every allegation contained in the paragraphs of the Verified Complaint marked and designated **"7" and "8"** insofar as the allegations pertain or relate to this answering defendant and begs leave to refer to same at the time of trial and respectfully refers all questions of law to the Court and all questions of fact to the trier of fact.

## FACTS AND CLAIMS FOR RELIEF

8.      Denies any knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the paragraphs of the Verified Complaint designated **"9" and "11."**

[2]

9.      Denies any knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the paragraph of the Verified Complaint designated **"10"** insofar as the allegations pertain or relate to this answering defendant and begs leave to refer to same at the time of trial and respectfully refers all questions of law to the Court and all questions of fact to the trier of fact.

10.     Denies each and every allegation contained in the paragraphs of the Verified Complaint marked and designated **"12"** insofar as the allegations pertain or relate to this answering defendant and begs leave to refer to same at the time of trial and respectfully refers all questions of law to the Court and all questions of fact to the trier of fact.

11.     Denies each and every allegation contained in the paragraphs of the Verified Complaint marked and designated **"13" and "25"** insofar as the allegations pertain or relate to this answering defendant and begs leave to refer to same at the time of trial and respectfully refers all questions of law to the Court and all questions of fact to the trier of fact.

12.     Denies each and every allegation contained in the paragraphs of the Verified Complaint marked and designated **"14," "15(i-vii)," "16," "23," "24," "26," "27," and "28."**

13.     Denies each and every allegation contained in the paragraphs of the Verified Complaint marked and designated **"17," "18," "19" and "20"** and respectfully refers all questions of law to the Court and all questions of fact to the trier of fact.

## AS AND FOR A FIRST SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE

14.     Defendant is entitled to qualified immunity.

## AS AND FOR A SECOND SEPARATE AND
## DISTINCT AFFIRMATIVE DEFENSE

15.     Plaintiff fails to state a viable constitutional claim under the First Amendment as a matter of law.

## AS AND FOR A THIRD SEPARATE AND
## DISTINCT AFFIRMATIVE DEFENSE

16.     Plaintiff fails to state a viable constitutional claim under the Fourteenth Amendment as a matter of law.

## AS AND FOR A FOURTH SEPARATE AND
## DISTINCT AFFIRMATIVE DEFENSE

17.     Defendant never failed to issue a certificate of occupancy in connection with plaintiff' dog training business.

## AS AND FOR A FIFTH SEPARATE AND
## DISTINCT AFFIRMATIVE DEFENSE

18.     Punitive damages are not assessable against the defendant as a matter of law.

## AS AND FOR A SIXTH SEPARATE AND
## DISTINCT AFFIRMATIVE DEFENSE

19.     Plaintiff voluntarily, and without duress, sent a letter to the Town of Crawford Justice Court for the dismissal of the disorderly conduct charge against Claude Babcock.

## AS AND FOR A SEVENTH SEPARATE AND
## DISTINCT AFFIRMATIVE DEFENSE

20.     The factual findings and legal conclusions contained within Judge Alfieri's Decision and Order in People v. John Calaca and Daniel Flanick, (N.Y. County Court, Orange County Indictment No. 2007-177), which dismissed all of the alleged criminal charges, serve to collaterally estop the plaintiff's First and Fourteenth Amendment claims, as a matter of law.

## AS AND FOR A EIGHTH SEPARATE AND
## DISTINCT AFFIRMATIVE DEFENSE

21.    Plaintiff did not suffer any actual damages as a result of defendant's conduct.

## AS AND FOR A NINTH SEPARATE AND
## DISTINCT AFFIRMATIVE DEFENSE

22.    Plaintiff's lawsuit should now be deemed frivolous under F.R.C.P. Rule 11.

## AS AND FOR A CROSS-CLAIM AGAINST DEFENDANT TOWN
## OF CRAWFORD PURSUANT TO FRCP RULE 13

23.    Pursuant to Chapter 14 of the Code of the TOWN OF CRAWFORD, the TOWN OF CRAWFORD is required to indemnify and hold harmless its employees, which include volunteers expressly authorized to participate in a publicly sponsored volunteer program or any other person holding a position by election, appointment, or employment in the service of the TOWN OF CRAWFORD whether or not compensated, from any judgment, reasonable attorney's fees and litigation expenses arising out of the employee's position with the TOWN OF CRAWFORD.

24.    Despite due demand, defendant TOWN OF CRAWFORD has not agreed to indemnify and hold defendant, JOHN CALACA, harmless from any judgment entered in this action and from any attorney's fees and litigation expenses incurred in this action.

25.    Based on the foregoing, pursuant to Chapter 14 of the Code of the TOWN OF CRAWFORD, defendant JOHN CALACA demands that the TOWN OF CRAWFORD indemnify and hold him harmless from any judgment entered in this action and from any attorney's fees and litigation expenses incurred in this action.

**WHEREFORE**, Defendant JOHN CALACA demands judgment:

1.    dismissing the Verified Complaint;

2.        Apportioning liability between all parties;

3.        Granting the cross-claim requiring defendant TOWN OF CRAWFORD to

indemnify and hold him harmless from any judgment entered in this action and from any

attorney's fees and litigation expenses incurred in this action; and

4.        Awarding attorneys' fees, costs and disbursements of this action.


Dated: Goshen, New York
       June 2, 2008

                                    Yours, etc.

                                    LAW OFFICES OF BERNARD D. BRADY

                                    By:S/ *Damian J. Brady*
                                    DAMIAN J. BRADY (DB 1801)
                                    Attorneys for Defendant John Calaca
                                    75 Main Street
                                    P.O. Box 639
                                    Goshen, New York 10924
                                    845-294-6181


TO:     ROBERT N. ISSEKS, ESQ.
        ALEX SMITH ESQ.
        Attorneys for Plaintiff
        6 North Street
        Middletown, New York 10940

        STEWART A. ROSENWASSER, ESQ.
        OSTRER ROSEWASSER, LLP
        Attorney for Defendant Daniel Flanick
        201 Ward Street Plaza, Suite 2-B
        P.O. Box 69
        Montgomery, New York 12549

        JOSEPH A. CATANIA, JR., ESQ.
        TARSHIS, CATANIA, LIBERTH, MAHON & MILLIGRAM, PLLC
        Attorney for Defendant James Detch
        1 Corwin Court
        Newburgh, New York 12550

[6]

RICHARD S. SKLARIN, ESQ.
MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS, LLP
Attorney for Defendant Town of Crawford
570 Taxter Road
Elmsford, New York 10523

MICHAEL SUSSMAN, ESQ.
SUSSMAN & WATKINS
40 Park Place
P.O. Box 1005
Goshen, New York 10924

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JEFFREY LONG,

                        Plaintiff(s),

                                                    **VERIFICATION**

                                                    Index No.: 07 CIV 8083 (CLB)

            -against-

JOHN CALACA, DANIEL FLANICK, JAMES DETCH,
and TOWN OF CRAWFORD,

                        Defendant(s).
-------------------------------------------------------------------X
STATE OF NEW YORK )
                              ) ss:
COUNTY OF ORANGE )

        JOHN CALACA, being duly sworn, deposes and says:

        That he is one of defendants herein and that he has read the foregoing Verified Answer

and knows the contents thereof and that it is true to his personal knowledge or upon information

and belief.

                                        S/John Calaca
                                        JOHN CALACA


Sworn to before me on June 2, 2008
S/Damian J. Brady
Notary Public, State of New York
No. 02BR6090013
Qualified in Orange County
Expires March 31, 2011

[8]