# SUSSMAN & WATKINS
### - Attorneys at Law -

MICHAEL H. SUSSMAN
CHRISTOPHER D. WATKINS

40 PARK PLACE, P.O. BOX 1005
GOSHEN, NEW YORK 10924

LEGAL ASSISTANTS
GEORGE FIGUEROA
VIRGINIA ESPOSITO

(845) 294-3991
Fax: (845) 294-1623
sussman1@frontiernet.net

6/16/08 - *By fax to all*

Hon. Charles L. Brieant
United States District Court
Southern District of NY
300 Quarropas Street
White Plains, NY 10601

**MEMO ENDORSED**

*Application Granted*
*So Ordered*
*June 16, 2008*
*Charles L. Brieant USDJ*

re: **Long and McGill v. Calaca, et al.**, 07 Civ 8083 (CLB)

Dear Judge Brieant,

The parties in this matter conducted an initial mediation session this morning. At its conclusion, counsel agreed upon a process to move mediation forward. All also agreed that through this letter, I would respectfully request a 45 day adjustment of the discovery schedule. This will allow all parties to file written discovery demands on August 15, not July 1, and to extend the date to complete depositions until November 15, 2008 [from October 1, 2008].

Since granting this request may facilitate resolution, I am respectfully requesting that Your Honor so order this letter and return it to me for circulation to the below listed counsel. Thanks.

Respectfully,

Michael N. Sussman

cc: Mr. Isseks/Mr/ Smith
    Mr. Rosenwasser [for defendant Flanick]
    Mr. Catania [for defendant Detch]
    Mr. Brady [for defendant Calaca]
    Mr. Sklarin [for defendant Town of Pine Bush]